IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| BILLY D. GANT, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 108-124 |
| | ) | |
| JEFFERSON ENERGY COOPERATIVE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 9). The Magistrate Judge recommended dismissal of Plaintiff's employment discrimination case because Plaintiff failed to file his complaint within ninety (90) days of receiving notice of his right to sue. (Doc. no. 7). Plaintiff's objections describe the struggles he encountered when dealing with the Equal Employment Opportunity Commission ("EEOC") in an effort to obtain a resolution to his discrimination charge, but they do not address the Magistrate Judge's determination that Plaintiff failed to file the above-captioned complaint within 90 days of receiving notice of his right to sue, as required by 42 U.S.C. § 2000e-5(f)(1). See, e.g., Santini v. Cleveland Clinic, 232 F.3d 823, 825 (11th Cir. 2000); Zillyette v. Capital One Fin. Corp., 179 F.3d 1337, 1339-41 (11th Cir. 1999).

Plaintiff's struggles with the EEOC do not alter the Magistrate Judge's analysis and

conclusion that his case should be dismissed because Plaintiff failed to file the above-captioned complaint within 90 days of receiving notice of his right to sue. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 24th day of November, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE